UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. EDCV 21-01457-CJC (SHKx)     Date: February 14, 2022

Title: JANE DOE V. FEDERAL BUREAU OF INVESTIGATION, ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Dajanae Carrigan/Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present     None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

It is a plaintiff's responsibility to prosecute its case diligently. That includes, where applicable, promptly (a) filing stipulations extending a defendant's time to respond to the complaint, (b) pursuing default and remedies under Federal Rule of Civil Procedure 55 when a defendant fails to timely respond to the complaint, or (c) dismissing a case the plaintiff has chosen not to pursue for any reason.

On August 26, 2021, Plaintiff filed this action against Defendant Federal Bureau of Investigation, alleging that she "performed a substantial amount of professional research and legal services to the Defendants and was not compensated for it." (Dkt. 1 [Complaint] ¶ 5.) On September 17, 2021, Plaintiff filed a proof of service, indicating that service was made upon a "Jane Doe" at one of Defendant's offices in Los Angeles, California. (Dkt. 9.) On November 10, 2021, this Court issued an Order to Show Cause regarding dismissal for lack of prosecution, informing Plaintiff that the time for all defendants to respond to the Complaint passed but Plaintiff took no action. (Dkt. 10.) To cure the issue, Plaintiff was permitted to file a request for entry of default. (*Id.*)

Instead, Plaintiff moved for a default judgment on November 16, 2021. (Dkt. 11.) The Clerk notified Plaintiff that she must request an entry of default before requesting a default judgment. (Dkt. 12.) Yet Plaintiff filed supplemental declarations in support of her motion for default judgment. (Dkts. 13, 14.) On December 2, 2021, Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. EDCV 21-01457-CJC (SHKx)            Date: February 14, 2022
Page 2

---

attempted to correct the issue and this time filed a request for entry of default. (Dkt. 16.) The Clerk explained to Plaintiff in a Notice of Deficiency that her request was defective because service must be made upon the U.S. Attorney, rather than a local office of Defendant's when an agency of the United States is sued. (Dkts. 17, 18.)

      To date, Plaintiff has made no attempt to correct the deficiency. Accordingly, the Court, on its own motion, hereby **ORDERS** Plaintiff to show cause in writing, no later than **February 22, 2022** why this action should not be dismissed for lack of prosecution. As an alternative to a written response by Plaintiff, the Court will consider as an appropriate response to this OSC a corrected Proof of Service, indicating that Plaintiff has served a copy of the Summons and Complaint upon the U.S. Attorney.

      No oral argument will be heard on this matter unless ordered by the Court. The Order will stand submitted upon the filing of a timely and appropriate response. Failure to file a timely and appropriate response to this Order will result in dismissal.

as

MINUTES FORM 11
CIVIL-GEN                                                              Initials of Deputy Clerk DCA/RRP