UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. EDCV 21-01457-CJC (SHKx)                                   Date:  April 5, 2022

Title: JANE DOE V. FEDERAL BUREAU OF INVESTIGATION, ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Rolls Royce Paschal | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                  None Present

**PROCEEDINGS: (IN CHAMBERS) THIRD ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

It is a plaintiff's responsibility to prosecute its case diligently.  That includes, where applicable, promptly (a) filing stipulations extending a defendant's time to respond to the complaint, (b) pursuing default and remedies under Federal Rule of Civil Procedure 55 when a defendant fails to timely respond to the complaint, or (c) dismissing a case the plaintiff has chosen not to pursue for any reason.

On August 26, 2021, Plaintiff filed this action against Defendant Federal Bureau of Investigation ("FBI"), alleging that she "performed a substantial amount of professional research and legal services to the Defendants and was not compensated for it." (Dkt. 1 [Complaint] ¶ 5.)  On September 17, 2021, Plaintiff filed a proof of service, indicating that service was made upon a "Jane Doe" at one of Defendant's offices in Los Angeles, California.  (Dkt. 9.)  On November 10, 2021, this Court issued its first Order to Show Cause regarding dismissal for lack of prosecution, informing Plaintiff that the time for all defendants to respond to the Complaint passed but Plaintiff took no action.  (Dkt. 10.)  To cure the issue, Plaintiff was permitted to file a request for entry of default.  (*Id.*)

Instead, Plaintiff moved for a default judgment on November 16, 2021, which cannot be made before default has been entered.  (Dkt. 11.)  The Clerk notified Plaintiff that she must request an entry of default *before* requesting a default judgment.  (Dkt. 12.)  Yet Plaintiff filed supplemental declarations in support of her motion for default

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. EDCV 21-01457-CJC (SHKx)                                                  Date: April 5, 2022
                                                                                                                Page 2

---

judgment.  (Dkts. 13, 14.)  On December 2, 2021, Plaintiff attempted to correct the issue and this time filed a request for entry of default.  (Dkt. 16.)  The Clerk explained to Plaintiff in a Notice of Deficiency that her request was defective because service must be made upon the U.S. Attorney, rather than a local office of Defendant's when an agency of the United States is sued, by mailing the necessary documents via certified or registered mail to the Attorney General in Washington, D.C.  (Dkts. 17, 18.)

   On February 14, 2022, this Court issued its Second Order to Show Cause Regarding Dismissal for lack of prosecution, instructing Plaintiff that because she had made no attempt to correct the deficiency in her application for entry of default, she must show cause in writing why the action should not be dismissed for lack of prosecution. (Dkt. 20.)  On February 25, 2022, Plaintiff filed a response to the Order to Show Cause. (Dkt. 21.)  In her response, Plaintiff insisted that she has already served Defendant twice, once at the FBI office in Los Angeles and the second upon the U.S. Attorney in Washington, D.C.  (*Id.*)  Neither are sufficient.  As has already been explained to Plaintiff, to serve the U.S. Attorney a copy of the summons and complaint must be served by certified or registered mail to the *Attorney General* of the United States in Washington D.C. (Dkt. 17.)  Additionally, Plaintiff must file a new request/application for entry of default which addresses all of the noted deficiencies.  (*See* Dkt. 23.)

   Accordingly, the Court, on its own motion, hereby **ORDERS** Plaintiff to show cause in writing, no later than **April 19, 2022** why this action should not be dismissed for lack of prosecution.   No oral argument will be heard on this matter unless ordered by the Court.  The Order will stand submitted upon the filing of a timely and appropriate response.  Failure to file a timely and appropriate response to this Order will result in dismissal.

as

MINUTES FORM 11
CIVIL-GEN                                                                                       Initials of Deputy Clerk RRP