# JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | No. 5:21-cv-01457 CJC (SHKx) |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE AND GRANTING LEAVE TO FILE NON-PSEUDONYMOUS SETTLEMENT AGREEMENT UNDER SEAL** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

/ / /

/ / /

1    IT IS SO ORDERED that pursuant to the separately filed Stipulation for

2  Compromise Settlement, this action is hereby dismissed with prejudice.  Each

3  party to bear its own costs and fees.

4    IT IS FURTHER ORDERED that for the reasons set forth in the Stipulation

5  for Compromise Settlement, Defendant is granted leave to file a non-

6  pseudonymous version of the Stipulation under seal with the Court.

7

8

9

10

11  DATED:  May 11, 2023

HON. CORMAC . ARNEY
UNITED STATES DISTRICT JUDGE

12

13

14  PRESENTED BY:

15  E. MARTIN ESTRADA
United States Attorney
16  DAVID M. HARRIS
Assistant United States Attorney
17  Chief, Civil Division
JOANNE S. OSINOFF
18  Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

19

/s/ Jason K. Axe
20  JASON K. AXE
Assistant United States Attorney
21  Attorneys for Defendant
United States of America

22

23

24

25

26

27

28